UNITED STATES DISTRICT COURT
DISTRICT OF CONN.

| | | |
|---|---|---|
| CRISANTI | : | NO. 3:02CV1544(RNC) |
| V. | : | |
| DUMAS, ET. AL. | : | OCTOBER 30, 2003 |

NOTICE OF SERVICE OF SETTLEMENT CONFERENCE MEMORANDUM

The undersigned Plaintiff hereby certifies that on October 30, 2003, he filed a Settlement Conference Memorandum with the Special Masters.

THE PLAINTIFF

BY *[signature]*
Frank P. Cannatelli
549 Howe Ave., Suite B
Shelton, Conn. 06484
Phone: (203) 924-6984
Juris # 308656
Fax: (203) 924-9267
Email: Cannatellilaw@aol.com

CERTIFICATION

I, Frank P. Cannatelli, hereby certify that a copy of the foregoing was mailed, postage prepaid, on Oct. 30, 2003 to Matthew Beizer, Assist. Atty. General, 110 Sherman St., Hartford, Conn. 06105

*[signature]*
Frank P. Cannatelli