UNITED STATES DISTRICT COURT

DISTRICT OF CONN.

| | | |
|---|---|---|
| THOMAS CRISANTI | : | CASE NO. |
| V. | : | 3:02CV1544(RNC) |
| TIMOTHY DUMAS, ET. AL. | : | OCT. 26, 2003 |

MOTION TO CONTINUE SETTLEMENT CONFERENCE

The Plaintiff, through counsel, hereby moves to continue the settlement conference scheduled for October 29th, 2003 at 10 AM. Counsel moves pursuant to Local Rule 9(b), and claims good cause: I have a conflict with a criminal matter currently scheduled in Derby Superior Court.

Further, this counsel has called Attorney General Matthew Beizer twice to see what his position is, but has been unable to speak with Mr. Beizer in that regard.

Counsel waited until Friday, and got no return call.

Neither oral argument
Nor testimony required.

THE PLAINTIFF

BY _____
Frank P. Cannatelli
549 Howe Ave., Suite B
Shelton, Ct. 06484
Phone: (203) 924-6984
Fed. # 04394

CERTIFICATION

I, Frank P. Cannatelli, hereby certify that a copy of this motion was faxed, and mailed, to Matt Beizer, 110 Sherman St., MacKenzie Hall, Hartford, Ct. 06105.

_____
Frank P. Cannatelli

October 28, 2003. Granted. So ordered.
Robert N. Chatigny, U.S.D.J.