# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

CRISANTI

v

DUMAS, et al.

CASE NO.: 3-02-cv-1544 (RNC)

2003 NOV 24 A II: 13
US DISTRICT COURT
HARTFORD CT

PRELIMINARY   or   FINAL

### SETTLEMENT CONFERENCE REPORT OF SPECIAL MASTERS

### ****NOTE:  ALL INFORMATION MUST BE LEGIBLY WRITTEN!****

DATE OF CONFERENCE(S):   NOV 24, 2003

TRIAL ATTORNEYS PRESENT:

PLAINTIFF: FRANK P, CANNATELLI

DEFENDANT: MATTHEW B, BEIZER

PARTIES PRESENT: MR, CRISANTI

CASE SETTLED:   YES___   NO X

FOLLOW UP CONFERENCE TO BE SCHEDULED:   YES___   NO X

FINAL SETTLEMENT CONFERENCE REPORT TO BE FILED BY: _____

COMMENTS: NO ONE WAS PRESENT FROM STATE POLICE. AVAILABLE BY TELEPHONE, SPECIAL MASTER FLORES COULD NOT ATTEND. THE PARTIES AGREED TO GO AHEAD BEFORE SPECIAL MASTER, HASTINGS.

_____
SPECIAL MASTER SIGNATURE

SPECIAL MASTER SIGNATURE

### THE SPECIAL MASTERS ARE TO COMPLETE AND FILE THIS REPORT WITH THE CLERK'S OFFICE, IMMEDIATELY FOLLOWING THE CONFERENCE

### A SECOND OR FINAL REPORT MAY BE FILED AS NEEDED