UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS CRISANTI | : |
| | : |
| v. | : CASE NO. 3:02CV1544  (RNC) |
| | : |
| SERGEANT TIMOTHY DUMAS, ET AL., | : |

<u>JUDGMENT</u>

This action having come on for consideration of the defendants' motion to dismiss, before the Honorable Robert N. Chatigny, United States District Judge, and

The court having considered the full record of the case including applicable principles of law, and having filed a Ruling and Order, granting the motion, it is therefore,

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the defendants.

Dated at Hartford, Connecticut, this 22nd day of January 2004.

KEVIN F. ROWE, Cerk


By _____/s/lik_____
        Linda I. Kunofsky
        Deputy Clerk

EOD _____