UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

THOMAS CRISANTI                    :        3:02CV1544(RNC)

v.                                 :

SGT. TIMOTHY DUMAS, ET. AL.        :        FEB. 2, 2004

MOTION TO RECONSIDER GRANTING MOTION TO DISMISS

    The Plaintiff, through counsel, hereby moves this Court to reconsider its memorandum of law granting defendants motion to dismiss.

    In support of this motion, Plaintiff states to the court that there is no adequate remedy at law for the Plaintiff, and that the Court is making a premature determination without knowing all of the facts.

    Until such time as the facts can adequately be determined, this Court is prematurely granting a motion that should never have been granted.

    Since this reconsideration motion is made based upon the premature nature of the Court's action, no memorandum of law is required. If the Court so desires, counsel will then submit one, but asks that the court not prematurely deny our request here.

Oral argument requested,
Testimony not required.

                    THE PLAINTIFF

BY

Frank P. Cannatelli
549 Howe Ave,
Suite B
Shelton, Ct. 06484
04394

## CERTIFICATION

I, Frank P. Cannatelli, hereby certify that a copy of the foregoing was mailed, postage prepaid, on Feb. 2, 2004, to: Matthew Beizer, Esq., 110 Sherman St., Mackenzie Hall, Hartford, Ct. 06106.

Frank P. Cannatelli