UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

THOMAS CRISANTI          :     3:02CV1544(RNC)

v.                       :

SGT. TIMOTHY DUMAS, ET. AL.   :   FEB. 2, 2004

### MOTION TO RECONSIDER GRANTING MOTION TO DISMISS

The Plaintiff, through counsel, hereby moves this Court to reconsider its memorandum of law granting defendants motion to dismiss.

In support of this motion, Plaintiff states to the court that there is no adequate remedy at state law for the Plaintiff, and that the Court is making a premature determination without knowing all of the facts.

Until such time as the facts can adequately be determined, this Court is prematurely granting a motion that should never have been granted.

Since this reconsideration motion is made based upon the premature nature of the Court's action, no memorandum of law is required. If the Court so desires, counsel will then submit one, but asks that the court not prematurely deny our request here.

Oral argument requested,
Testimony not required.

THE PLAINTIFF

**February 4, 2004.** Denied. Plaintiff has failed to comply with the requirements of Local Rule 7(c)(1). So ordered.

Robert N. Chatigny, U.S.D.J.

02CV1544END30