FILED
2004 FEB 17 P 2: 01
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THOMAS CRISANTI                    :        3:02CV1544(RNC)

V.                                 :

SGT. TIMOTHY DUMAS, ET. AL.        :        FEB. 14, 2004

## MOTION TO RECONSIDER RULING GRANTING MOTION TO DISMISS

The Plaintiff, through counsel, hereby moves this court to reconsider its decision granting defendants' motion to dismiss. Plaintiff has submitted his memorandum of law in support of this motion, and basically claims that: there is no adequate state law remedy available to the Plaintiff; and 2, since the Court really has not had an opportunity to determine all of the facts, the granting of said motion is premature, and denies the Plaintiff his day in court.

For the reasons stated above, and for the reasons also stated in the attached memorandum of law, Plaintiff humbly requests that this Court reconsider its decision and allow the Plaintiff his day in Court, obviating the need for an appeal.

Neither oral argument
Nor testimony is required.           THE PLAINTIFF

                                     BY _____
                                        Frank P. Cannatelli

Frank P. Cannatelli
549 Howe Ave., Suite B
Shelton, Ct. 06484
Phone: (203) 924-6984
Fax: (203) 924-9267
Fed. # 04394

## CERTIFICATION

I, Frank P. Cannatelli, hereby certify that a copy of the foregoing was mailed, postage prepaid, on Feb. 14, 2004, to: Matthew Beizer, Esq., Assist. Attorney General, 110 Sherman Street, MacKenzie Hall, Hartford, Conn. 06106.

*[signature]*
Frank P. Cannatelli