FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 FEB 17 P 2: 01

U.S. DISTRICT COURT
HARTFORD, CT.

THOMAS CRISANTI                    :    3:02CV1544(RNC)
                                   :
                                   :
   v.                              :
                                   :
UMAS, ET. AL.                      :    FEB. 14, 2004

[MO]TION TO RECONSIDER RULING
[G]RANTING MOTION TO DISMISS

[Plaint]iff, through counsel, hereby moves this
[Court to recon]sider its decision granting defendants'
[motion to dism]iss. Plaintiff has submitted his memorandum
[of law in supp]ort of this motion, and basically claims
[that there is] no adequate state law remedy available to
[counts 1] and 2, since the Court really has not
[had opportu]nity to determine all of the facts, the
[granting of sai]d motion is premature, and denies the
[plaintiff his d]ay in court.

[For the rea]sons stated above, and for the reasons
[stated in] the attached memorandum of law, Plaintiff
[request]s that this Court reconsider its decision
[and give P]laintiff his day in Court, obviating the
[need for app]eal.

[No oral ar]gument
[i]s required.                         THE PLAINTIFF

                                        BY _Frank P. Cannatelli_
                                           Frank P. Cannatelli

---

*[Margin annotations:]*

B2

FILED
2004 MAY 21 A 10: 13
U.S. DISTRICT COURT
HARTFORD, CT.

May 20, 2004.

Re: Plaintiff's Motion to Reconsider [Doc. #32]

Denied. Plaintiff may not use a motion to reconsider as a vehicle to amend his complaint to allege new facts that concededly could have been alleged in his complaint. See LoSacco v. City of Middletown, 822 F.Supp. 870, 877 (D.Conn. 1993)

So ordered.

_Robert N. Chatigny, U.S.D.J._

Crisanti v. Dumas, 3:02cv1544 (RNC)